1  McGREGOR W. SCOTT
   United States Attorney
2  PHILIP A. FERRARI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. CR S 04-0029 MCE |
|---|---|
| Plaintiff, | MOTION TO DISMISS; ORDER |
| v. | |
| CHARLES ANTHONY TOOMA, aka Michael Bourne, aka Charles Anthony McGavin, | |
| Defendant. | |

An indictment was filed in this matter on January 22, 2004, against the above-referenced defendant and three others alleging a violation of Title 18, United States Code §§ 1347 and 2 [Health Care Fraud and Aiding and Abetting]. (Docket, #1). While defendant Tooma has yet to make an appearance in this case, the matter has been resolved with respect to his three co-defendants. (Docket, ## 17, 30, 41.)

Following return of the indictment, an arrest warrant issued for defendant Tooma. In the more than fourteen years which have passed since the indictment issued, law enforcement has been unable to apprehend him. Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America seeks the leave of this Honorable Court to dismiss the indictment as to defendant Tooma without prejudice. This motion is based upon the passage of time and limitations of government

MOTION TO DISMISS                     1

resources.  The United States also respectfully requests that the arrest warrant be recalled and this case be closed on the Court's docket.

Dated:  August 1, 2018                        McGREGOR W. SCOTT
                                              United States Attorney

                                               /s/ Philip A. Ferrari
                                              PHILIP A. FERRARI
                                              Assistant United States Attorney

# O R D E R

The United States' motion to dismiss is GRANTED and the indictment as to defendant Tooma (Docket, #1) is ordered DISMISSED WITHOUT PREJUDICE.  The arrest warrant is recalled and Case CR S 04-0029 MCE shall be closed on the Court's docket.  .

IT IS SO ORDERED.

Dated:  August 6, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE